# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**RUSSELL ROGERS** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 3:19-CV-00142-GHD-JMV**

**THE TALLAHATCHIE GOURMET,**
**L.L.C.; AND TORREY MITCHELL** **DEFENDANTS**

## ORDER AMENDING PROTECTIVE ORDER

**CONSISTENT WITH** the discussion had during a telephonic status conference held in this matter December 10, 2020, Paragraph "9" of the July 29, 2020, Protective Order [109] is amended as follows:

> At the conclusion of litigation (defined as the 91st day following entry of an order of dismissal of this action), the confidential information and any copies thereof shall be promptly returned to the producing party or certified as destroyed (to the extent commercially reasonable), except that the parties' counsel shall be permitted to retain their working files on the condition that those files will remain confidential.

SO ORDERED this 11th day of December, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE