# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**RUSSELL ROGERS,**

    **Plaintiff,**

vs.                          **CAUSE NO. 3:19-CV-142-GHD-JMV**

**THE TALLAHATCHIE GOURMET, L.L.C., AND TORREY MITCHELL,**

    **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), the parties hereby announce to the Court that all matters in controversy have been compromised and settled as to Plaintiff, Russell Roger's, action against Defendants, Tallahatchie Gourmet, L.L.C. and Torrey Mitchell, and that this action should be dismissed, with prejudice.

APPROVED:

LEWIS, THOMASON, KING, KRIEG & WALDROP

/s/ Kevin Baskette_____
Kevin Baskette, MS 101065
Stephen W. Vescovo, TN 7246
40 South Main Street
1 Commerce Square, 29th Floor
Memphis, Tennessee 38103

ATTORNEYS FOR TORREY MITCHELL

December 16, 2020

APPROVED:

MERKEL & COCKE, P.A.

/s/ Charles Merkel, Jr.
Charles Merkel, Jr., MS 2884
Robert Carson, MS 105804
Post Office Box 1388
Clarksdale, Mississippi 38614
(662) 627-9641
ATTORNEYS FOR RUSSELL ROGERS

December 16, 2020

APPROVED:

MCANGUS GOUDELOCK & COURIE, LLC


/s/ Jay M. Atkins
Jay M. Atkins, MS 100513; TN 21371
Erica J. Lloyd, MS 104681
119 North 9th Street
Oxford, Mississippi 38655
ATTORNEYS FOR DEFENDANT,
TALLAHATCHIE GOURMET

December 16, 2020